**Order entered June 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00611-CV

## IN RE LINEBARGER GOOGAN BLAIR & SAMPSON, LLP, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10455**

## ORDER
Before Justices Brown, Schenck, and Reichek

Before the Court is relator's May 24, 2019 petition for writ of mandamus in which relator seeks relief from the trial court's April 19, 2019 order denying relator's plea to the jurisdiction. Relator has also filed an interlocutory appeal of the trial court's April 19, 2019 order. That interlocutory appeal is pending in this Court in cause number 05-19-00614-CV. We conclude that these proceedings should be decided together.

Accordingly, on the Court's own motion, we **ORDER** cause number 05-19-00611-CV **CONSOLIDATED** into cause number 05-19-00614-CV. We **DIRECT** the Clerk of this Court to remove all documents from cause number 05-19-00611-CV and refile them in cause number 05-19-00614-CV and to treat cause number 05-19-00611-CV as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-19-00614-CV. All current deadlines in cause number 05-19-00614-CV shall remain in place, including the June 14, 2019

deadline for David Langford, Official Court Reporter for the 44th Judicial District Court, to file the reporter's record. Appellant's Brief as to the interlocutory appeal will be due twenty days after the reporter's record is filed in this Court. TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk of this Court to send a copy of this order to all parties, the trial judge, the Dallas District Court Clerk, and Mr. Langford.

/s/    AMANDA L. REICHEK
        JUSTICE